■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM COLES, Appellant. [715 NYS2d 198] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]). His sole contention is that County Court erred in denying his suppression motion because there was an insufficient basis for issuance of the warrant to search the apartment at 307 Cedarwood Terrace. We disagree. Reviewing the warrant application "in the clear light of everyday experience" and according it "all reasonable inferences" (*People v Hanlon*, 36 NY2d 549, 559), we conclude that it established probable cause to believe that a search of the apartment would result in evidence of drug activity (*see, People v McLaughlin*, 269 AD2d 858, *lv denied* 95 NY2d 800; *People v Martin*, 163 AD2d 865). (Appeal from Judgment of Monroe County Court, Connell, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Hurlbutt, Balio and Lawton, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRADLEY M. KAOPUIKI, Appellant. [715 NYS2d 199] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in ruling that defendant could be cross-examined with respect to a prior conviction of sexual abuse. The similarity of the prior conviction to the crimes charged does not preclude its use on cross-examination (*see, People v Laraby*, 219 AD2d 817, *lv denied* 88 NY2d 849, 937; *People v Breneman*, 192 AD2d 1084, *lv denied* 81 NY2d 1011). The court also properly exercised its discretion in precluding cross-examination of the complainant with respect to alleged instances of sexual abuse by another man (*see, People v Grant*, 241 AD2d 340, 341, *lv denied* 90 NY2d 1011, 91 NY2d 873; *People v Walker*, 223 AD2d 414, 415, *lv denied* 88 NY2d 887). We have considered defendant's remaining contentions and conclude that none requires reversal. (Appeal from Judgment of Jefferson County Court, Clary, J.—Rape, 1st Degree.) Present—Green, J. P., Hayes, Hurlbutt, Balio and Lawton, JJ.